**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-7079**

_____

WAYNE ARTHUR JORDAN,

　　　　　Plaintiff - Appellant,

　　v.

THOMAS SELTZER; WALTER WEST; VANESSA ANDERSON, Case Management-Classification ECI; STEPHEN SANDERS; ROBERT L. GREEN, Secretary-DPSCS; MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES; J. PHILLIP MORGAN; MARYLAND CORRECTIONAL ENTERPRISE,

　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief District Judge.  (1:21-cv-03048-GLR)

_____

Submitted:  September 30, 2024　　　　　　　　　　Decided:  October 24, 2024

_____

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Wayne Arthur Jordan, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Arthur Jordan appeals the district court's order granting summary judgment to Defendants on Jordan's complaint pursuant to 42 U.S.C. § 1983, the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132, and the Rehabilitation Act, 29 U.S.C. § 794. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Jordan v. Seltzer*, No. 1:21-cv-03048-GLR (D. Md. Sept. 18, 2023). We also deny Jordan's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*